# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

DWIGHT JOSEY,

      Plaintiff,

v.                                   CASE NO. 5:18cv209-MCR-GRJ

CHARLES PLYBON, et al.,

      Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 21, 2019. The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of February 2019.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**